UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 4, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08MJ00305DAD-04 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JOSHUA ORTEGA, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOSHUA ORTEGA__ , Case No. __2:08MJ00305DAD-04__ , Charge __21USC § 841(a)(1) and 846__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 __ Release on Personal Recognizance

 __ Bail Posted in the Sum of $_____

 __ Unsecured Appearance Bond

 __ Appearance Bond with 10% Deposit

 __ Appearance Bond with Surety

 __ Corporate Surety Bail Bond

 ✔ (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 4, 2008__ at __2:00 pm__ .

By  /s/ Gregory G. Hollows
 Gregory G. Hollows
 United States Magistrate Judge

Copy 5 - Court